A. Jeff Ifrah, Esquire (Admitted *Pro Hac Vice*)
IFRAH PLLC
1717 Pennsylvania Avenue
Suite 650
Washington, D.C. 20006
Telephone: (202) 524-4140
Facsimile:  (202) 524-4141
Email: jeff@ifrahlaw.com

Craig S. Denney, Esquire
Nevada Bar No. 6953
Snell & Wilmer L.L.P.
50 West Liberty Street, Suite #510
Reno, NV 89501
775.785.5440 (office)
775.830.2432 (mobile)
775.785.5441 (fax)
cdenney@swlaw.com

Attorneys for Defendants,
*Viable Marketing Corporation and Chad Elie*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PARTNER WEEKLY, LLC, | Case No. 2:09-cv-02120-PMP-LRL |
| Plaintiff. | |
| v. | **MOTION TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANTS CHAD ELIE AND VIABLE MARKETING CORP.** |
| VIABLE MARKETING CORP., a Florida Corporation; CHAD EDWARD ELIE, individually and in his capacity as an officer of VIABLE MARKETING CORP.; and DOE DEFENDANTX I-X, inclusive, | |
| Defendant. | |

**COME NOW** A. Jeff Ifrah, Esq. of the law firm Ifrah PLLC and Craig S. Denney of the law firm Snell & Wilmer L.L.P. and respectfully move to withdraw as counsel of record for Defendants Chad Elie and Viable Marketing Corp., and in support thereof state the following:

1. Mr. Elie is presently represented by Sigal Chattah, Esq., who will remain as counsel for Mr. Elie;

2. The court has entered a judgment on the merits as to Viable Marketing Corp. and therefore the case is closed as to Viable Marketing Corp.;

3. Undersigned counsel has given all parties written notice of their intention to withdraw prior to submitting this request to this Court; and

4. Granting this Motion to Withdraw would not delay any proceedings in this matter.

WHEREFORE, the undersigned counsel respectfully requests that this court enter an Order granting A. Jeff Ifrah and Craig S. Denney permission to withdraw their representation herein, and relieving them of any further responsibility in this case.

DATED: April 8, 2013

IFRAH PLLC

By:  _____/s/ A. Jeff Ifrah_____
A. Jeff Ifrah
IFRAH PLLC
1717 Pennsylvania Avenue
Suite 650
Washington, D.C. 20006
Telephone: (202) 524-414-
Facsimile (202) 524-4141
Email: jeff@ifrahlaw.com

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

SNELL & WILMER LLP

Dated: April 9, 2013.

By:  ___/s/ Crag S. Denney_____
Craig S. Denney, Esquire
Nevada Bar No. 6953
Snell & Wilmer L.L.P.
50 West Liberty Street, Suite #510
Reno, NV 89501
775.785.5440 (office)
775.830.2432 (mobile)
775.785.5441 (fax)
cdenney@swlaw.com

Attorneys for Defendant

- 2 -

Chad Elie

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On April 8, 2013, I caused to be served a true and correct copy of the foregoing **MOTION TO WITHDRAW** by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY EMAIL:** by emailing a PDF of the document(s) listed above to the email addresses of the individual(s) listed below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

/s/ Dawn Calhoun
An employee of Snell & Wilmer L.L.P.