UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PARTNER WEEKLY, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VIABLE MARKETING CORP and CHAD ELIE,<br><br>　　　　　Defendants. | 2:09-cv-02120-PMP-VCF<br><br>ORDER |

Having read and considered Defendant Chad Elie's Motion to Dismiss (Doc. #71) and Plaintiff's Response in opposition thereto (Doc. #72) and good cause appearing,

**IT IS ORDERED** that Defendant Chad Elie's Motion to Dismiss (Doc. #71) is **DENIED**.

DATED: July 9, 2013.

_____
PHILIP M. PRO
United States District Judge