**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| PARTNER WEEKLY, LLC, | |
| Plaintiff, | 2:09-cv-02120-PMP-VCF |
| vs. | **MINUTE ORDER** |
| VIABLE MARKETING CORP., *et al.*, | |
| Defendants. | |

Before the Court is *Partner Weekly, LLC v. Viable Marketing Corp., et al.*, case no. 2:09-cv-02120-PMP-VCF.

The parties filed a Stipulation to Postpone Discovery (#81).

IT IS HEREBY ORDERED that a status hearing is scheduled for 11:00 a.m., October 2, 2013, in Courtroom 3D.

DATED this 11th day of September, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE