1  BRADFORD R. NORTON, ESQ.
2  Nevada Bar No.:  11429
   325 E. Warm Springs Road, Suite 200
3  Las Vegas, Nevada 89119
   (702) 835-8058
4  Attorney for Plaintiff

5
                **UNITED STATES DISTRICT COURT**
6               **FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| 7 | VCF |
| 8  PARTNERWEEKLY, LLC, | CASE NO.: 2:09-CV-02120-PMP-~~LRL~~ |
| 9                    Plaintiff, | |
| 10  vs. | **MOTION TO SEAL** |
| 11 | |
| 12  VIABLE MARKETING CORP., a Florida Corporation; CHAD EDWARD ELIE, individually and in his capacity as an officer | |
| 13  of VIABLE MARKETING CORP.; and DOE | |
| 14  DEFENDANTX  I-X, inclusive, | |
| 15                    Defendants. | |
| 16 | |
| 17  VIABLE MARKETING CORP. and CHAD EDWARD ELIE, individually and in his | |
| 18  capacity as an officer of VIABLE MARKETING CORP.; | |
| 19 | |
| 20                    Counterclaimants, | |
| 21  vs. | |
| 22 | |
| 23  PARTNERWEEKLY, LLC; a Nevada Limited Liability Company, SCOTT TUCKER, | |
| 24  individually and on behalf of PARTNERWEEKLY LLC, JOE LILLY, | |
| 25  individually and on behalf of PARTNERWEEKLY LLC, | |
| 26 | |
| 27                    Counterdefendants. | |
| 28 | |

1

COMES NOW Plaintiff/Counter Defendant PartnerWeekly, LLC by and through its attorney of record Bradford R. Norton who hereby requests that the Court Seal document #89, Motion to Compel Responses to Interrogatories and Production of Documents and the exhibits thereto pursuant to FRCP 5.2(d).  Pursuant to the Federal Rules of Civil Procedure at 5.2(a), filings which contain a social security number, year of birth, and certain financial account numbers shall be filed in redacted form.  It has come to Plaintiff's attention that the Exhibits to the motion to seal contain information eligible for redaction under FRCP 5.2, but were inadvertently filed in full and un-redacted form.

FRCP 5.2(d), provides for scenarios such as this, holding that a filing may be made under seal without redaction, and that a redacted version may be filed for public record.  Accordingly, Plaintiff hereby requests that the motion and its exhibits (Document # 89 and 89-1 through 89-9) be sealed.  In order to preserve the record, Plaintiff will refile the motion in redacted form pursuant to FRCP 5.2(a).

DATED this 4th day of June, 2014.


Respectfully Submitted:

/s/ Bradford R. Norton
BRADFORD R. NORTON, ESQ.
Nevada Bar No.:  11429
325 E. Warm Springs Road, Suite 200
Las Vegas, Nevada 89119
(702) 835-8058
Attorney for Plaintiff/ Counter Defendant

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: ____6-16-2014_____

**Certificate of Service**

     I hereby certify that on the 4th day of June, 2014 I submitted a true and correct copy of the foregoing Motion to Seal to be filed with the United States District Court, District of Nevada's CM/ECF system which will effectuate service upon the parties in this case.

                                  /s/ Courtney DiMonaco
                                  Courtney DiMonaco,
                                  Paralegal to Bradford Norton, Esq.