BRADFORD R. NORTON, ESQ.
Nevada Bar No.: 11429
325 E. Warm Springs Road, Suite 200
Las Vegas, Nevada 89119
(702) 835-8058
Attorney for PartnerWeekly

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PARTNERWEEKLY, LLC,<br><br>     PartnerWeekly,<br><br>vs.<br><br>VIABLE MARKETING CORP., a Florida Corporation; CHAD EDWARD ELIE, individually and in his capacity as an officer of VIABLE MARKETING CORP.; and DOE ELIEX I-X, inclusive,<br><br>     Defendant. | CASE NO.: 2:09-CV-02120-RBF-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| VIABLE MARKETING CORP. and CHAD EDWARD ELIE, individually and in his capacity as an officer of VIABLE MARKETING CORP.;<br><br>     Counterclaimants,<br><br>vs.<br><br>PARTNERWEEKLY, LLC; a Nevada Limited Liability Company, SCOTT TUCKER, individually and on behalf of PARTNERWEEKLY LLC, JOE LILLY, individually and on behalf of PARTNERWEEKLY LLC,<br><br>     Counterdefendants. | |

1

Plaintiff, PartnerWeekly, LLC and Defendant Chad Edward Elie, by and through their respective counsel, hereby stipulate that Plaintiff's Complaint in the above-captioned matter and this action is dismissed with prejudice.

Each party shall bear their own respective costs and fees, including but not limited to attorneys' fees and costs.

DATED this 7th day of July, 2014.

Respectfully Submitted:

/s/ Bradford R. Norton
BRADFORD R. NORTON, ESQ.
Nevada Bar No.: 11429
325 E. Warm Springs Road, Suite 200
Las Vegas, Nevada 89119
(702) 835-8058
Attorney for PartnerWeekly

/s/ Sigal Chattah
SIGAL CHATTAH, ESQ.
Nevada bar No.: 8624
5875 S. Rainbow Blvd. #204
Las Vegas, NV 89119
(702) 360-6200
Attorney for Chad Edward Elie

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 29th day of July, 2014.